JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gregory P. Mango,<br><br>Plaintiff,<br><br>v.<br><br>Tyloon Media Corporation,<br><br>Defendant. | Case No. 2:25-cv-01148-SVW-MAR<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

    Having read and considered the Stipulated Notice of Voluntary Dismissal, filed by Plaintiff Gregory P. Mango and Defendant Tyloon Media Corporation, IT IS HEREBY ORDERED THAT, this action is DISMISSED WITH PREJUDICE in its entirety, with each party bearing his or its own costs, expenses and attorney's fees incurred in the prosecution or defense of their respective claims and defenses.

IT IS SO ORDERED.

DATED: July 9, 2025

                                                                           _____
                                                                           Hon. Stephen V. Wilson